AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PADOVA, JOHN R. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>03/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address |
|---|
| 17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. | Member of Advisory Board | Regina Academies |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 3/27/2015 - 3/28/2015 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PADOVA, JOHN R.** | 03/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK CHKG (J) | A | Interest | K | T | | | | | |
| 2. ANN M. PADOVA, IRA PNC(S) | A | Interest | K | T | | | | | |
| 3. Boston Capital (J) 17 | A | Interest | J | T | | | | | |
| 4. Bank Chkg & Sav. (J) Citizens Bank | A | Interest | J | T | | | | | |
| 5. Exelon (J) | A | Dividend | K | T | | | | | |
| 6. USAA Sav-Act | A | Interest | K | T | | | | | |
| 7. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 8. Boston Cap SER 15 & 18 (J) | A | Interest | J | T | | | | | |
| 9. Vanguard B/M - IRA | C | Dividend | M | T | | | | | |
| 10. Vanguard 500 - IRA | D | Dividend | N | T | | | | | |
| 11. PNC Bank Sav. (S) & Ckg (S) | A | Interest | L | T | | | | | |
| 12. Bernstein Div. Mun SNDPX (S) | B | Dividend | L | T | | | | | |
| 13. AllianceBernstein Multi Manager Alt. Fnd IRA (AB15670) | B | Dividend | M | T | | | | | |
| 14. AB Discovery Growth CHCYX (S) | | None | J | T | | | | | |
| 15. AB Discovery Value ABYSK (S) | A | Dividend | J | T | | | | | |
| 16. AETNA INC (S) | | None | J | T | Buy | 11/30/15 | J | | |
| 17. Google GOOG (S) | | None | J | T | Buy (add'l) | 07/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALTRIA GROUP INC (S) (X) | A | Dividend | J | T | | | | | |
| 19. AMDOCS DOX (S) | A | Dividend | J | T | | | | | |
| 20. American Electric Power (S) (X) | A | Dividend | J | T | | | | | |
| 21. Amphenol Corp -Cl A APH (S)(X) | A | Dividend | J | T | | | | | |
| 22. Ansys ANSS (S) | | None | J | T | | | | | |
| 23. Anthem (S) (X) | A | Dividend | J | T | | | | | |
| 24. Apple AAPL (S) | A | Dividend | J | T | | | | | |
| 25. Applied Materials Inc (S)(X) | A | Dividend | J | T | | | | | |
| 26. Ball Corp (S)(X) | A | Dividend | J | T | | | | | |
| 27. Bank of America BAC (S) | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 28. Bernstein Div. Mun. SNDPX (J) | B | Dividend | M | T | Buy (add'l) | 01/02/15 | J | | |
| 29. | | | | | Sold (part) | 01/30/15 | J | A | |
| 30. | | | | | Sold (part) | 04/01/15 | J | A | |
| 31. | | | | | Sold (part) | 08/31/15 | J | A | |
| 32. | | | | | Sold (part) | 09/30/15 | J | A | |
| 33. Bernstein Emerging Mkts Fund SNEMX (S) | A | Dividend | J | T | | | | | |
| 34. Bernstein Tax-Man Inter. SNIVX (S) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Biogen BIIB (S) | | None | J | T | | | | | |
| 36.  Capital One COF (S) | A | Dividend | J | T | | | | | |
| 37.  CF Industries Holdings Inc. (S)(X) | A | Dividend | J | T | | | | | |
| 38.  Citizens Financial Group (S)(X) | | None | J | T | | | | | |
| 39.  Comcast CMCSA (S) | | None | J | T | Buy | 11/30/15 | J | | |
| 40.  Costco COST (S) | A | Dividend | J | T | | | | | |
| 41.  CVS (S) | A | Dividend | J | T | | | | | |
| 42.  Danaher DHR (S) | A | Dividend | J | T | | | | | |
| 43.  Delta Air Lines Inc (S) (X) | A | Dividend | J | T | | | | | |
| 44.  Discover Financial Services DFS (S) (X) | A | Dividend | J | T | | | | | |
| 45.  Dollar General Corp DG (S) (X) | A | Dividend | J | T | | | | | |
| 46.  Dr Pepper Snapple DPS (S) (X) | A | Dividend | J | T | | | | | |
| 47.  Edison International (S) (X) | A | Dividend | J | T | | | | | |
| 48.  Eog Resources Inc. EL (S) (X) | A | Dividend | J | T | | | | | |
| 49.  Estee Lauder Companies-Cl A EL (S) (X) | A | Dividend | J | T | | | | | |
| 50.  Facebook Inc-A FB (S) (X) | | None | J | T | | | | | |
| 51.  Fiserv Inc. FISV (S) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences GILD (S) | | None | J | T | | | | | |
| 53. Hewlett-Packard HPQ (S) | A | Dividend | J | T | | | | | |
| 54. Home Depot HPQ (S) | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 55. Intuitive Surgical Inc. (S) (X) | | None | J | T | | | | | |
| 56. ITT Corp ITT (S) (X) | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson (S) | A | Dividend | J | T | | | | | |
| 58. Kimberly-Clark Corp (S) (X) | A | Dividend | J | T | | | | | |
| 59. Kroger KR (S) | A | Dividend | J | T | | | | | |
| 60. L-3 Communications LLL (S) (X) | A | Dividend | J | T | | | | | |
| 61. Lyondellbasell LYB (S) | A | Dividend | J | T | | | | | |
| 62. Mcdonald's Corp MCD (S) (X) | A | Dividend | J | T | | | | | |
| 63. Medtronic PLC MDT (S) (X) | A | Dividend | J | T | | | | | |
| 64. Microsoft Corp MSFT (S) (X) | A | Dividend | J | T | | | | | |
| 65. Nike Inc. - Cl B NKE (S)(X) | A | Dividend | J | T | | | | | |
| 66. Northrop Grumman Corp NOC (S) (X) | A | Dividend | J | T | | | | | |
| 67. Oracle Corp ORCL (S) (X) | A | Dividend | J | T | | | | | |
| 68. Pepsico Inc. PEP (S) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer PFE (S) | A | Dividend | J | T | | | | | |
| 70. PPL Corporation (PPL) (S) (X) | | None | J | T | | | | | |
| 71. Priceline PCLN (S) | | None | J | T | | | | | |
| 72. Ross Stores Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 73. Sherwin-Williams SHW (S) | A | Dividend | J | T | | | | | |
| 74. Starbucks SBUX (S) | A | Dividend | J | T | | | | | |
| 75. United Technologies Corp UTX (S) (X) | A | Dividend | J | T | | | | | |
| 76. Unitedhealth Group Inc. UNH (S) (X) | A | Dividend | J | T | | | | | |
| 77. US Bancorp (S) | A | Dividend | J | T | | | | | |
| 78. Valero Energy VLO (S) | A | Dividend | J | T | | | | | |
| 79. VISA Inc V (S) | A | Dividend | J | T | | | | | |
| 80. Voya Financial Inc. (s) | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 81. Walt Disney DIS (S) | A | Dividend | J | T | | | | | |
| 82. Wells Fargo WFC (S) | A | Dividend | J | T | | | | | |
| 83. XEROX XRX (S) (X) | A | Dividend | J | T | | | | | |
| 84. Boeing BA (S) (Y) | | | | | | | | | |
| 85. Precision PCP (S) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ford Motor F (S) (Y) | | | | | | | | | |
| 87. Time Warner TWX (S) (Y) | | | | | | | | | |
| 88. Allergen AGN (S) (Y) | | | | | | | | | |
| 89. American Tower AMT (S) (Y) | | | | | | | | | |
| 90. Mead Johnson MJN (S) (Y) | | | | | | | | | |
| 91. Philip Morris PM (S) (Y) | | | | | | | | | |
| 92. Schlumberger SLB (S) (Y) | | | | | | | | | |
| 93. Hess Corp HES (S) (Y) | | | | | | | | | |
| 94. Occidental OXY (S) | A | Dividend | | | Sold | 05/06/15 | J | | |
| 95. JPMorgan JPM (S) (Y) | | | | | | | | | |
| 96. American Express AXP (S) | A | Dividend | | | Sold | 01/07/15 | J | | |
| 97. American International AIG (S) (Y) | | | | | | | | | |
| 98. AON PLC AON (S) (Y) | | | | | | | | | |
| 99. CHUBB CB (S) (Y) | | | | | | | | | |
| 100. Partnerre PRE (S) (Y) | | | | | | | | | |
| 101. Intercontinental Exchange ICE (S) (Y) | | | | | | | | | |
| 102. Union Pacific UNP (S) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity National FIS (S) (Y) | | | | | | | | | |
| 104. Verizon Comm. VZ (S) | | None | | | Sold | 04/06/15 | J | A | |
| 105. Kohls Corp KSS (S)(X)(Y) | | | | | | | | | |
| 106. AB Discovery Growth Fnd (J) | | None | J | T | | | | | |
| 107. AB Discovery Value Fnd (J) | A | Dividend | J | T | | | | | |
| 108. Actavis PLC (J) (Y) | | | | | | | | | |
| 109. AETNA AET (J) | | None | J | T | Buy | 11/27/15 | J | | |
| 110. Allergan Inc (J) (Y) | | | | | | | | | |
| 111. Allstate Corp | | None | J | T | Buy | 11/27/15 | J | | |
| 112. Google Inc-CL C (J) | | None | J | T | | | | | |
| 113. Altria Group Inc (J) | A | Dividend | J | T | Buy (add'l) | 10/12/15 | J | | |
| 114. AMDOCS Ltd (J) | A | Dividend | J | T | | | | | |
| 115. American Electric Power (J) | A | Dividend | J | T | | | | | |
| 116. American Express Co (J) | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 117. American Intl Group (J) (Y) | | | | | | | | | |
| 118. American Tower Corp (J) (Y) | | | | | | | | | |
| 119. Amphenol Corp CL A (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Ansys Inc (J) | | None | J | T | | | | | |
| 121. Anthem Inc. ANTM (J) | A | Dividend | J | T | | | | | |
| 122. AON PLC (J) (Y) | | | | | | | | | |
| 123. Apple Inc (J) | A | Dividend | J | T | | | | | |
| 124. Applied Materials Inc. AMAT (J) (X) | A | Dividend | J | T | | | | | |
| 125. AutoZone Inc (J) (Y) | | | | | | | | | |
| 126. Ball Corp (J) | A | Dividend | J | T | | | | | |
| 127. Bank of America (J) | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 128. Bernstein Diversified Municipal Portfolio SNDPX (J) (X) | C | Dividend | M | T | Buy (add'l) | 01/02/15 | J | | |
| 129. | | | | | Buy (add'l) | 11/27/15 | K | | |
| 130. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 131. | | | | | Sold (part) | 01/30/15 | J | A | |
| 132. | | | | | Sold (part) | 04/01/15 | J | A | |
| 133. | | | | | Sold (part) | 08/31/15 | J | A | |
| 134. | | | | | Sold (part) | 09/30/15 | J | A | |
| 135. Bernstein Emerging Mkts (J) | A | Dividend | J | T | | | | | |
| 136. Bernstein Tax-Managed International Portfolio (J) | A | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/30/15 | J | A | |
| 138. | | | | | Sold (part) | 04/01/15 | J | A | |
| 139. | | | | | Sold (part) | 04/30/15 | J | A | |
| 140. Biogen IDEC Inc (J) | | None | J | T | | | | | |
| 141. Boeing Co (J) (Y) | | | | | | | | | |
| 142. Capital One Fin Corp (J) | A | Dividend | J | T | | | | | |
| 143. Chubb Corp (J) (Y) | | | | | | | | | |
| 144. CF Industries CF (J) | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 145. Citizens Financial Group CFG (J) (X) | | None | J | T | | | | | |
| 146. Comcast Corp-Class A CMCSA (J) | | None | J | T | Buy | 11/27/15 | J | | |
| 147. Costco Whlse Corp (J) | A | Dividend | J | T | | | | | |
| 148. CVS Health Corp (J) | A | Dividend | J | T | | | | | |
| 149. Danaher Corp (J) | A | Dividend | J | T | | | | | |
| 150. Delta Air Lines Inc. DAL (J) (X) | A | Dividend | J | T | | | | | |
| 151. Discover Financial Svcs DFS | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 152. Dollar General Corp DG (J) (X) | A | Dividend | J | T | | | | | |
| 153. Dow Chemical (J) | A | Dividend | | | Sold | 01/28/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Dr Pepper Snapple (J) | A | Dividend | J | T | | | | | |
| 155.  DTE Energy Co (J) | A | Dividend | | | Sold | 02/18/15 | J | A | |
| 156.  EBAY Inc (J) | | None | | | Sold | 01/30/15 | J | A | |
| 157.  EBAY Inc. EBAY (J) | | None | J | T | Buy | 11/27/15 | J | | |
| 158.  Edison International (J) | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 159.  Electronics Arts Inc (J)(Y) | | | | | | | | | |
| 160.  EMC Corp/Mass (J) (Y) | | | | | | | | | |
| 161.  EOG Resources (J) | A | Dividend | J | T | | | | | |
| 162.  Estee Lauder CL A (J) | A | Dividend | J | T | | | | | |
| 163.  Exelon Corporation EXC (J) (X) | A | Dividend | J | T | | | | | |
| 164.  Facebook Inc-A (J) | | None | J | T | Buy | 01/21/15 | J | | |
| 165.  Fiserv Inc. FISV (J) (X) | | None | J | T | | | | | |
| 166.  Fidelity National Information (J) | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 167.  Ford Motor Co (J) (Y) | | | | | | | | | |
| 168.  Gamestop Corp Class A (J) (Y) | | | | | | | | | |
| 169.  Gilead Sciences (J) | A | Dividend | J | T | | | | | |
| 170.  Goldman Sachs Group Inc (J) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Hess Corp (J) (Y) | | | | | | | | | |
| 172. Hewlett-Packard (J) | A | Dividend | J | T | | | | | |
| 173. Home Depot Inc. HD (J) | A | Dividend | J | T | Buy | 11/27/15 | J | | |
| 174. Intel Corp (J) | A | Dividend | | | Buy | 01/29/15 | J | | |
| 175. | | | | | Sold | 07/27/15 | J | A | |
| 176. Intuitive Surgical Inc (J) | | None | J | T | | | | | |
| 177. ITT Corp (J) | A | Dividend | J | T | | | | | |
| 178. Johnson & Johnson (J) | A | Dividend | J | T | | | | | |
| 179. JP Morgan Chase & Co (J) (Y) | | | | | | | | | |
| 180. Kroger (J) | A | Dividend | J | T | | | | | |
| 181. L-3 Communications (J) | A | Dividend | J | T | | | | | |
| 182. Lyondellbasell Indu-CL A (J) | A | Dividend | J | T | | | | | |
| 183. Lockheed Martin Corp (J) | A | Dividend | | | Sold | 08/06/15 | J | | |
| 184. McDonald's Corp MCD (J) (X) | A | Dividend | J | T | | | | | |
| 185. Mckesson Corp MCK (J) (X) | A | Dividend | J | T | | | | | |
| 186. Mead Johnson Nutrition Co (J) (Y) | | | | | | | | | |
| 187. Medtronic Inc (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Merck & Co. In.c MRK (J) (X) | A | Dividend | J | T | | | | | |
| 189. Microsoft Corp (J) | A | Dividend | J | T | Sold (part) | 01/28/15 | J | A | |
| 190. Monsanto Co (J) (Y) | | | | | | | | | |
| 191. Monster Beverage Corp (J) (Y) | | | | | | | | | |
| 192. Nike Inc-CL B (J) | A | Dividend | J | T | | | | | |
| 193. Northrop Grumman (J) | A | Dividend | J | T | Buy | 06/12/15 | J | | |
| 194. Occidental Petroleum (J) | A | Dividend | | | Sold | 05/06/15 | J | | |
| 195. Oracle Corp ORCL (J) (X) | A | Dividend | J | T | | | | | |
| 196. Partnerre Ltd (J) | A | Dividend | | | Sold | 07/30/15 | J | A | |
| 197. PepsiCo Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 198. Pfizer (J) | A | Dividend | J | T | | | | | |
| 199. Polaris (J) (Y) | | | | | | | | | |
| 200. PPL Corporation PPL (J) (X) | | None | J | T | | | | | |
| 201. Priceline Group (J) | | None | J | T | Sold (part) | 01/14/15 | J | A | |
| 202. Philip Morris Intl (J) (Y) | | | | | | | | | |
| 203. Quintiles Transntl Holding(J) | | None | | | Sold | 10/28/15 | J | A | |
| 204. Raytheon Co (J) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ross Stores (J) | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 206. Schlumberger Ltd (J) | A | Dividend | J | T | | | | | |
| 207. Sealed Air Corp (J) | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 208. Sherwin-Williams (J) | A | Dividend | J | T | | | | | |
| 209. Starbucks Corp (J) | A | Dividend | J | T | Sold (part) | 07/28/15 | J | A | |
| 210. Tax-Aware Overlay A Portfolio SATOX (J) | A | Dividend | M | T | Buy (add'l) | 01/02/15 | J | | |
| 211. | | | | | Sold (part) | 03/31/15 | J | A | |
| 212. | | | | | Sold (part) | 04/01/15 | J | A | |
| 213. | | | | | Sold (part) | 05/29/15 | J | A | |
| 214. Tax-Aware Overlay B Portfolio SBTOX (J) | A | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 215. | | | | | Sold (part) | 04/01/15 | J | A | |
| 216. | | | | | Sold (part) | 10/27/15 | J | A | |
| 217. Time Warner Inc (J) (Y) | | | | | | | | | |
| 218. United Technologies Corp UTX (J) (X) | A | Dividend | J | T | | | | | |
| 219. Unitedhealth Group Inc. UNH (J) (X) | A | Dividend | J | T | | | | | |
| 220. Union Pacific (J) (Y) | | | | | | | | | |
| 221. US Bancorp (J) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Valero Entergy Corp (J) (X) | A | Dividend | J | T | | | | | |
| 223. Verizon Communications (J) | A | Dividend | | | Sold | 03/26/15 | J | A | |
| 224. Verizon Communications (J) | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 225. VF Corp (J) (Y) | | | | | | | | | |
| 226. Visa Inc Class A Shrs (J) | A | Dividend | J | T | | | | | |
| 227. Voya International (J) | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 228. Walt Disney Co (J) | A | Dividend | J | T | | | | | |
| 229. Wells Fargo (J) | A | Dividend | J | T | | | | | |
| 230. Xerox Corp (J) | A | Dividend | J | T | | | | | |
| 231. AllianceBernstein Discovery Growth Fnd | A | Dividend | J | T | Buy (add'l) | 03/26/15 | J | | |
| 232. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 233. AllianceBernstein Value Fnd | | None | J | T | Buy (add'l) | 05/04/15 | J | | |
| 234. Actavis PLC (Y) | | | | | | | | | |
| 235. Aetna Inc (X) | A | Dividend | J | T | | | | | |
| 236. Affiliated Managers Group | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 237. Allergan Inc | A | Dividend | | | Sold (part) | 02/05/15 | J | A | |
| 238. | | | | | Sold (part) | 03/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 10/09/15 | J | A | |
| 240. | | | | | Sold | 10/14/15 | J | A | |
| 241. Google Inc -CL C | | None | J | T | Buy (add'l) | 07/28/15 | J | | |
| 242. Altria Group Inc | A | Dividend | J | T | Buy (add'l) | 10/01/15 | J | | |
| 243. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 244. AMDOCS | A | Dividend | J | T | | | | | |
| 245. American Express Co | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 246. American Intl Group (Y) | | | | | | | | | |
| 247. American Electric Power | A | Dividend | J | T | | | | | |
| 248. American Tower Corp (Y) | | | | | | | | | |
| 249. Amphenol Corp CL A | A | Dividend | J | T | | | | | |
| 250. Ansys | | None | J | T | | | | | |
| 251. AON PLC | A | Dividend | J | T | Buy (add'l) | 07/30/15 | J | | |
| 252. Apple Inc | A | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |
| 253. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 254. Applied Materials Inc | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 255. | | | | | Buy (add'l) | 06/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  AutoZone Inc (Y) | | | | | | | | | |
| 257.  Ball Corp | A | Dividend | J | T | | | | | |
| 258.  Bank of America | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 259.  Bernstein Diversified Municipal Portfolio | D | Dividend | O | T | | | | | |
| 260.  Bernstein Emerging Mkts | A | Dividend | J | T | | | | | |
| 261.  Bernstein Tax-Managed Int'l Portfolio | B | Dividend | L | T | Buy (add'l) | 12/08/15 | J | | |
| 262.  Biogen IDEC Inc | | None | J | T | | | | | |
| 263.  Boeing Co | | None | | | Sold | 01/05/15 | J | A | |
| 264.  Booz Allen (Y) | | | | | | | | | |
| 265.  Brocade Communications SYS (Y) | | | | | | | | | |
| 266.  Capital One Fin Corp | A | Dividend | J | T | | | | | |
| 267.  CF Industries Holdings CF | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 268.  Citizens Financial CFG | | None | J | T | Buy | 11/30/15 | J | | |
| 269.  | | | | | Buy (add'l) | 12/24/15 | J | | |
| 270.  Comast Corp-Class A | | None | J | T | Buy | 12/24/15 | J | | |
| 271.  Costco Wholesale COST (X) | A | Dividend | J | T | | | | | |
| 272.  CVS Health Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Danaher Corp | A | Dividend | J | T | | | | | |
| 274. Delta Air Lines Inc | A | Dividend | J | T | | | | | |
| 275. Discover Financial Services DFS | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 276. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 277. Dollar General Corp | A | Dividend | J | T | | | | | |
| 278. Dow Chemical | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 279. Dr Pepper Snapple | A | Dividend | J | T | | | | | |
| 280. DTE Energy | A | Dividend | | | Sold | 02/18/15 | J | A | |
| 281. EBAY Inc | | None | | | Sold | 01/30/15 | J | A | |
| 282. EBAY Inc. | | None | J | T | Buy | 12/04/15 | J | | |
| 283. Edison International | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 284. Electronic Arts Inc | | None | | | Sold (part) | 07/22/15 | J | B | |
| 285. | | | | | Sold | 10/08/15 | J | A | |
| 286. EMC Corp/Mass | A | Dividend | | | Sold | 12/21/15 | J | A | |
| 287. EOG Resources | A | Dividend | J | T | | | | | |
| 288. Everest RE Group (Y) | | | | | | | | | |
| 289. Estee Lauder CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Facebook Inc-A | | None | J | T | Buy | 01/29/15 | J | | |
| 291. Fidelity National Information | A | Dividend | | | Sold (part) | 04/17/15 | J | A | |
| 292. | | | | | Sold | 07/23/15 | J | A | |
| 293. Fiserv | | None | J | T | | | | | |
| 294. Ford Motor Co (Y) | | | | | | | | | |
| 295. Gamestop Corp Class A | A | Dividend | J | T | | | | | |
| 296. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 297. Goldman Sachs (Y) | | | | | | | | | |
| 298. Hess (Y) | | | | | | | | | |
| 299. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 300. Home Depot Inc. HD | | None | J | T | Buy | 12/04/15 | J | | |
| 301. HP Inc. HPQ (X) | | None | J | T | | | | | |
| 302. Intel | A | Dividend | | | Buy | 01/28/15 | J | | |
| 303. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 304. | | | | | Sold | 07/27/15 | J | A | |
| 305. Intercontinental Exchange | A | Dividend | | | Sold | 07/28/15 | J | A | |
| 306. Intuitive Surgical Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ITT Corp | A | Dividend | J | T | | | | | |
| 308. JetBlue Airways | | None | J | T | Buy | 07/28/15 | J | | |
| 309. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 310. JP Morgan Chase | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 311. Kimberly-Clark Corp KMB (X) | A | Dividend | J | T | | | | | |
| 312. Kohls Corp KSS | A | Dividend | | | Buy | 03/19/15 | J | | |
| 313. | | | | | Sold (part) | 10/05/15 | J | A | |
| 314. | | | | | Sold | 10/08/15 | J | A | |
| 315. Kroger Co | A | Dividend | J | T | | | | | |
| 316. L Brands Inc. LB (X) | A | Dividend | J | T | | | | | |
| 317. L-3 Communications | A | Dividend | J | T | | | | | |
| 318. Lockheed Martin Corp (X) | A | Dividend | | | Sold | 07/23/15 | J | A | |
| 319. Lyondellbasell Indu-CL A | A | Dividend | J | T | Buy (add'l) | 02/20/15 | J | | |
| 320. Magna International Inc | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 321. McDonald's Corp. | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 322. Mckesson Corp MCK | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 323. Mead Johnson Nutrition Co (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Medtronic Inc | A | Dividend | J | T | Buy (add'l) | 01/27/15 | J | | |
| 325. | | | | | Sold (part) | 01/27/15 | J | A | |
| 326. Merck | A | Dividend | J | T | | | | | |
| 327. Microsoft Corp | A | Dividend | J | T | Sold (part) | 01/28/15 | J | A | |
| 328. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 329. Monsanto Co | A | Dividend | | | Sold (part) | 04/10/15 | J | A | |
| 330. | | | | | Sold | 05/04/15 | J | A | |
| 331. Monster Beverage | | None | J | T | Sold (part) | 07/28/15 | J | A | |
| 332. Mosaic Co / The MOS (X) | | None | J | T | | | | | |
| 333. Nike Inc CL B | A | Dividend | J | T | | | | | |
| 334. Northrop Grumman NOC | A | Dividend | J | T | Buy | 05/29/15 | J | | |
| 335. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 336. NXP Semiconductors NV (Y) | | | | | | | | | |
| 337. Occidental Petroleum | A | Dividend | | | Sold | 05/06/15 | J | A | |
| 338. Office Depot | | None | | | Sold | 07/31/15 | J | A | |
| 339. | | | | | | | | | |
| 340. Partnerre Ltd | A | Dividend | | | Sold | 07/30/15 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 06/04/15 | J | | |
| 342. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 343. ORACLE CORP ORCL (X) | A | Dividend | J | T | | | | | |
| 344. Philip Morris Intl (Y) | | | | | | | | | |
| 345. Pfizer Inc | A | Dividend | J | T | | | | | |
| 346. Polaris | A | Dividend | | | Sold | 07/24/15 | J | A | |
| 347. PPL Corporation | B | Dividend | J | T | Buy | 10/05/15 | J | | |
| 348. Precision Castparts | | None | | | Sold | 01/16/15 | J | A | |
| 349. Priceline Group | | None | J | T | Sold (part) | 01/14/15 | J | A | |
| 350. Public Storage (X) | A | Dividend | J | T | | | | | |
| 351. Quintiles | | None | | | Sold | 10/28/15 | J | A | |
| 352. Raytheon Corp (Y) | | | | | | | | | |
| 353. Ross Stores Inc ROST | A | Dividend | | | Buy | 04/16/15 | J | | |
| 354. | | | J | T | Buy (add'l) | 10/09/15 | J | | |
| 355. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 356. Sealed Air Corp | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 357. Sherwin Williams | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 08/25/15 | J | A | |
| 359. SLM Corp | | None | | | Sold | 03/31/15 | J | A | |
| 360. SM Energy Co SM (X) (Y) | | | | | | | | | |
| 361. Staples (X) (Y) | | | | | | | | | |
| 362. Starbucks Corp | A | Dividend | J | T | Sold (part) | 07/28/15 | J | A | |
| 363. Synchrony Financial (X) | | None | J | T | | | | | |
| 364. F/K/A Overlay A Portfolio SAOOX Tax-Aware Overlay A Portfolio Class 1 | A | Dividend | L | T | | | | | |
| 365. F/K/AOverlay B Portfolio SBOOX Tax-Aware Overlay B Portfolio Class 1 | C | Dividend | N | T | | | | | |
| 366. Time Warner Inc (Y) | | | | | | | | | |
| 367. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 368. United Technologies UTX | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 369. Unitedhealth Group | A | Dividend | J | T | | | | | |
| 370. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 371. US Bancorp | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 372. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 373. Verizon Communications | A | Dividend | | | Sold | 03/26/15 | J | A | |
| 374. Verizon Communications VZ | A | Dividend | J | T | Buy | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. VF Corp (Y) | | | | | | | | | |
| 376. Visa Inc Class A Shrs | A | Dividend | J | T | | | | | |
| 377. Voya International | A | Dividend | | | Buy | 09/01/15 | J | | |
| 378. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 379. | | | | | Sold | 12/03/15 | J | A | |
| 380. Walt Disney | A | Dividend | J | T | | | | | |
| 381. Wells Fargo | A | Dividend | J | T | | | | | |
| 382. Xerox | A | Dividend | J | T | | | | | |
| 383. Anthem | A | Dividend | J | T | | | | | |
| 384. IRA - Sanford C. Bernstein & Co., LLC | E | Int./Div. | P1 | T | | | | | |
| 385. - AB Real Estate Strategy AMTOX (Y) | | | | | | | | | |
| 386. - ALLIANCEBERNSTEIN ALL MARKET R CLASS (X) | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 387. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 388. | | | | | Sold | 11/27/15 | K | A | |
| 389. - AB Discovery Growth CHCYX | | None | J | T | Buy (add'l) | 03/26/15 | J | | |
| 390. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 391. - AB Discovery Value Fund ABYSX | A | Dividend | J | T | Buy (add'l) | 03/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 393. - AB Bond Inflation Strategy Class 1 ABNOX | A | Dividend | | | Sold | 11/27/15 | K | A | |
| 394. - AB GLOBAL BOND FUND- ADV | D | Dividend | M | T | Buy | 12/15/15 | J | | |
| 395. - Alliance Bernstein Global Bond ANAYK (Y) | | | | | | | | | |
| 396. - Affiliated Managers Group AMG | | None | | | Sold | 06/03/15 | J | A | |
| 397. - Allergen Inc AGN | | None | | | Sold (part) | 02/05/15 | J | B | |
| 398. | | | | | Sold (part) | 10/09/15 | J | A | |
| 399. | | | | | Sold | 10/14/15 | J | A | |
| 400. -Actavis PLC (Y) | | | | | | | | | |
| 401. - AETNA INC | | None | J | T | Buy | 11/30/15 | J | | |
| 402. - Altria Group MO | A | Dividend | J | T | | | | | |
| 403. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 404. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 405. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 406. - Amdocs DOX | A | Dividend | J | T | | | | | |
| 407. - American Electric | A | Dividend | J | T | | | | | |
| 408. - American Express AXP (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - American International AIG (Y) | | | | | | | | | |
| 410. - American Tower Corp AMT (Y) | | | | | | | | | |
| 411. - Amphenol Corp APH | A | Dividend | J | T | | | | | |
| 412. - Ansys Inc ANSS | | None | J | T | | | | | |
| 413. - AON PLC AON | A | Dividend | | | Sold | 11/27/15 | J | A | |
| 414. - Apple Inc AAPL | A | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |
| 415. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 416. - Applied Materials Inc | A | Dividend | | | Buy | 06/05/15 | J | | |
| 417. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 418. - Assurant AIZ (Y) | | | | | | | | | |
| 419. -AutoZone Inc | | None | | | Sold | 07/16/15 | J | A | |
| 420. - Ball Corp BLL | A | Dividend | J | T | | | | | |
| 421. - Bank of America BAC | A | Dividend | J | T | | | | | |
| 422. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 423. - Bernstein Emerging Market SNEMX | A | Dividend | K | T | | | | | |
| 424. - BERNSTEIN INTERMEDIATE DURATION PORTFOLIO SNIDX | D | Dividend | M | T | Buy (add'l) | 12/08/15 | J | | |
| 425. - Bernstein International SIMTX | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 11/27/15 | J | | |
| 427. | | | | | Buy (add'l) | 12/08/15 | L | | |
| 428. - Biogen BIIB | | None | J | T | | | | | |
| 429. - Boeing BA | | None | | | Sold | 01/05/15 | J | A | |
| 430. -Booze Allen Hamilton (Y) | | | | | | | | | |
| 431. - Brocade Communications BRCD (Y) | | | | | | | | | |
| 432. - Capital One Financial COF | A | Dividend | J | T | | | | | |
| 433. - CF Industries CF | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 434. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 435. - CHUBB CB (Y) | | | | | | | | | |
| 436. - CITIZENS FINANCIAL GROUP CFG | | None | J | T | Buy | 12/07/15 | J | | |
| 437. - COMCAST CORP-CLASS A CMCSA | | None | J | T | Buy | 11/30/15 | J | | |
| 438. - Costco Wholesale COST | A | Dividend | J | T | Sold (part) | 11/27/15 | J | A | |
| 439. - CVS Corp CVS | A | Dividend | J | T | | | | | |
| 440. - Danaher Corp DHR | A | Dividend | J | T | | | | | |
| 441. - Delta Air Lines Inc | A | Dividend | J | T | | | | | |
| 442. - Discover Financial Services DFS | A | Dividend | | | Buy | 04/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 444. - Dr Pepper Snapple Group | A | Dividend | J | T | | | | | |
| 445. - Dollar General | A | Dividend | J | T | | | | | |
| 446. - Dow Chemical DOW | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 447. - DTE Energy DTE | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 448. - Ebay EBAY | | None | | | Sold | 01/30/15 | J | A | |
| 449. - Ebay EBAY | | None | J | T | Buy | 11/27/15 | J | | |
| 450. - Edison International | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 451. - Elecdtronic Arts EA | | None | | | Sold (part) | 07/22/15 | J | A | |
| 452. | | | | | Sold (part) | 08/13/15 | J | A | |
| 453. | | | | | Sold | 10/08/15 | J | B | |
| 454. - EMS Corp/Mass (Y) | | | | | | | | | |
| 455. - Estee Lauder CL A | A | Dividend | J | T | | | | | |
| 456. - EOG Resources Inc | A | Dividend | J | T | | | | | |
| 457. - Everest RE Group RE (Y) | | | | | | | | | |
| 458. - Facebook Inc-A | | None | J | T | Buy | 01/29/15 | J | | |
| 459. - F5 Networks FFIV | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Fidelity FIS | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 461. - Fiserv Inc FISV | | None | J | T | | | | | |
| 462. - Ford Motor F (Y) | | | | | | | | | |
| 463. - Gamestop GME | A | Dividend | J | T | | | | | |
| 464. - Gilead Sciences GILD | A | Dividend | J | T | | | | | |
| 465. - Goldman Sachs Group | A | Dividend | | | Sold (part) | 04/16/15 | J | A | |
| 466. | | | | | Sold | 10/05/15 | J | A | |
| 467. - Google Inc GOOG | | None | J | T | | | | | |
| 468. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 469. - Hess Corp HES | A | Dividend | J | T | Sold (part) | 07/20/15 | J | A | |
| 470. - Hewlett-Packard HPQ | A | Dividend | J | T | | | | | |
| 471. - HOME DEPOT INC HD | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 472. - Intel Corp | A | Dividend | | | Buy | 01/29/15 | J | | |
| 473. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 474. | | | | | Sold | 07/27/15 | J | A | |
| 475. - Intercontinental Exchange ICE (Y) | | | | | | | | | |
| 476. - Intuitive Surgical SRG | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - ITT Corp | A | Dividend | J | T | | | | | |
| 478. - JETBLUE AIRWARYS JBLU (X) | | None | J | T | | | | | |
| 479. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 480. - JP Morgan Chase JPM | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 481. - KIMBERLY-CLARK CORP (X) | A | Dividend | J | T | | | | | |
| 482. - Kohls KSS | A | Dividend | | | Buy | 03/19/15 | J | | |
| 483. | | | | | Sold (part) | 10/05/15 | J | A | |
| 484. | | | | | Sold | 10/08/15 | J | | |
| 485. - Kroger Co KR | A | Dividend | J | T | | | | | |
| 486. - L Brands LB | A | Dividend | | | Buy | 03/25/15 | J | | |
| 487. - L-3 Communications | A | Dividend | J | T | | | | | |
| 488. - Lockheed Martin LMT (Y) | | | | | | | | | |
| 489. - Lyondellbasell LYB | A | Dividend | J | T | Buy (add'l) | 02/20/15 | J | | |
| 490. - Magna International | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 491. -McDonald's Corp | A | Dividend | J | T | Buy | 10/12/15 | J | | |
| 492. - McKesson | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 493. - Mead Johnson MJN (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 38

Name of Person Reporting

PADOVA, JOHN R.

Date of Report

03/04/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Medtronic MDT | A | Dividend | J | T | Buy (add'l) | 01/27/15 | J | | |
| 495. | | | | | Sold (part) | 01/27/15 | J | A | |
| 496. - Merck & Co MRK | A | Dividend | J | T | | | | | |
| 497. - Microsoft Corp MSFT | A | Dividend | J | T | Sold (part) | 01/28/15 | J | | |
| 498. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 499. - Monsanto Co MON | A | Dividend | | | Sold (part) | 04/10/15 | J | A | |
| 500. | | | | | Sold | 05/04/15 | J | A | |
| 501. - Monster Beverage MNST | | None | J | T | Sold (part) | 04/30/15 | J | A | |
| 502. - Murphy Oil Corp | A | Dividend | J | T | | | | | |
| 503. - Nike Inc NKE | A | Dividend | J | T | | | | | |
| 504. - NORTHROP GRUMMAN CORP (X) | A | Dividend | J | T | | | | | |
| 505. - NXP Semiconductors NV | | None | | | Sold | 01/16/15 | J | A | |
| 506. - Occidental Petroleum OXY | A | Dividend | | | Sold | 05/06/15 | J | A | |
| 507. - Office Depot ODP | | None | | | Sold | 07/21/15 | J | A | |
| 508. - Oracle Corp | A | Dividend | J | T | | | | | |
| 509. - OVERLAY A PORTFOLIO CLASS SAOOX | A | Dividend | M | T | Buy | 12/15/15 | J | | |
| 510. - OVERLAY B PORTFOLIO CLASS SBOOX | A | Dividend | N | T | Buy | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Partnerre LTD PRE (Y) | | | | | | | | | |
| 512. - Pepsico PEP | A | Dividend | J | T | Buy (add'l) | 05/07/15 | J | | |
| 513. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 514. - Pfizer Inc PFE | A | Dividend | J | T | | | | | |
| 515. - Philip Morris PM (Y) | | | | | | | | | |
| 516. - Polaris Industries PII (Y) | | | | | | | | | |
| 517. - PPL Corporation | | None | J | T | Buy | 10/09/15 | J | | |
| 518. - Precision Castparts PCP (Y) | | | | | | | | | |
| 519. - Priceline.Com PCLN | | None | J | T | Sold (part) | 01/20/15 | J | A | |
| 520. - PUBLIC STORAGE (X) | A | Dividend | J | T | | | | | |
| 521. - Quintiles Transnational | | None | | | Sold | 10/28/15 | J | A | |
| 522. - Raytheon Company RTN (Y) | | | | | | | | | |
| 523. - Ross Stores ROST | | | | | Buy | 04/13/15 | J | | |
| 524. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 525. | A | Dividend | J | T | Buy (add'l) | 10/07/15 | J | | |
| 526. - Schlumberger SLB | A | Dividend | J | T | | | | | |
| 527. - Sealed Air Corp | A | Dividend | J | T | Buy | 06/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 38

Name of Person Reporting

**PADOVA, JOHN R.**

Date of Report

03/04/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Servicenow Inc | | None | J | T | | | | | |
| 529. - Sherwin Williams SHW | A | Dividend | J | T | Sold (part) | 08/25/15 | J | A | |
| 530. -SLM Corp | | None | | | Sold | 03/20/15 | J | A | |
| 531. - SM Energy SM (X) (Y) | | | | | | | | | |
| 532. - Staples (X) (Y) | | | | | | | | | |
| 533. - Starbucks SBUX | A | Dividend | J | T | Sold (part) | 07/10/15 | J | A | |
| 534. - SYNCHRONY FINANCIAL (X) | A | Dividend | J | T | | | | | |
| 535. - Time Warner TWX (Y) | | | | | | | | | |
| 536. - Union Pacific UNP | A | Dividend | J | T | | | | | |
| 537. - Unitedhealth Group | A | Dividend | J | T | Sold (part) | 06/24/15 | J | A | |
| 538. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 539. - United Technologies UTX | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 540. - US Bancorp USB | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 541. - Valero Energy VLO | A | Dividend | J | T | Sold (part) | 05/04/15 | J | A | |
| 542. - Verizon Communications VZ | A | Dividend | | | Sold | 03/26/15 | J | A | |
| 543. - Verizon Communications VZ | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 544. - VF Corp (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - VISA Inc V | A | Dividend | J | T | | | | | |
| 546. - Voya Financial | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 547. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 548. - Walt Disney Co DIS | A | Dividend | J | T | | | | | |
| 549. - Anthem | A | Dividend | J | T | Sold (part) | 06/24/15 | J | A | |
| 550. - Wells Fargo WFC | A | Dividend | J | T | | | | | |
| 551. - Xerox XRX | A | Dividend | J | T | | | | | |
| 552. | | | | | | | | | |
| 553. | | | | | | | | | |
| 554. | | | | | | | | | |
| 555. | | | | | | | | | |
| 556. | | | | | | | | | |
| 557. | | | | | | | | | |
| 558. | | | | | | | | | |
| 559. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/04/2016 |

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN R. PADOVA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544